(Name) BRYAN DAVIS SR. BO'L'D SR.

(Address) P.O. BOX 3030

(City, State, Zip) SUSANVELLE, CALEF 96127

(CDC Inmate No.) P62597*



2254    1983

**FILING FEE PAID**

Yes ___   No ✓

**IFP MOTION FILED**

Yes ___   No ✓

**COPIES SENT TO**

Court ✓   ProSe ✓



**FILED**

AUG - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

(Enter full name of plaintiff in this action.)

BRYAN DAVIS SR.          Plaintiff,

v.

CETY OF SAN DEEGO, CALEF
RONNEE T. DENETOZ
LOUESA S. PORTER
JEFF CROCKOR
HOLLY J. ANYOS

(Enter full name of each defendant in this action.)

                                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

08 CV 1456   H  CAB

Civil Case No. _____
(To be supplied by Court Clerk)

**Complaint Under the Civil Rights Act 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, BRYAN DAVIS SR.

(print Plaintiff's name)

SUSANVELLE, CALEF 96127 who presently resides at P.O. BOX 3030

(mailing address or place of confinement)

, were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at UNETED STATES

DESTRECT COURT OF SAN DEEGO on (dates) AUG. 20 ,2007       , and MAR. 11 ,08

(institution/place where violation occurred)

(Count 1) CON-
TREVENG    (Count 2) CON-
CEOLENG    (Count 3) ENTRO-
FERENG
JUSTECE

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

:ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant **Roger T. Benetez** resides in **San Diego, Calif**,
(name)                                                    (County of residence)
and is employed as a **Judge**. This defendant is sued in
(defendant's position/title (if any))
his/her [X] individual [X] official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: I'd sent new evidencie documents on a civel suit against California state prison and other persons on this ongoing conspiring. Judge Benetez conceal my documents and dismiss my case without a 2nd amended complaent etc

Defendant **Louisa S. Porter** resides in **San Diego, Calif**,
(name)                                                    (County of residence)
and is employed as a **Judge**. This defendant is sued in
(defendant's position/title (if any))
his/her [X] individual [X] official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: Judge Porter was on the same case; with Judge Benetez and didn't allow me to do a second amended complaent, but conceal evedencie's and dismiss my case on Aug. 20, 2007, and refuses to respond to notecie of appeal (Mar. 11, 2008

Defendant **Jeff Crocker** resides in **San Diego, Calif**,
(name)                                                    (County of residence)
and is employed as a **Deputy Clerk**. This defendant is sued in
(defendant's position/title (if any))
his/her [X] individual [X] official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: he'd partecepated into a cover up for the Judges by delaying and then not responding on Mar. 11, 2008 and Apr. 3, 2008

Defendant **Molly V. Dwyer** resides in **San Diego, Calif**,
(name)                                                    (County of residence)
and is employed as a **Acting Clerk**. This defendant is sued in
(defendant's position/title (if any))
his/her [X] individual [X] official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: She'd partecepated into this contrive and didn't respond to my notecie of appeal and my concerning letter on Mar. 11, 2008 & Apr. 3, 2008

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: EQUAL PROTECTION & JUSTICE

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.] MY COMPLAINT IS AGAINST the Judges Raymond T. Donetez and Laura S. Porter for PARTICIPATING INTO this ongoing conspiracy that's against Rowan Danes Sr. DO'L'D) P62597*. Which started at Fontana Court and the District Attorney office. And assist by West Valley Detention Center (W.V.D.C) Deputies and Inmates since April 1998). this contents information has pass into CDC'S Prisons since Dec. 30. 1999) Wasco, Chino, Calipatria, Chino, Lancaster, New Folsom, Corcoran and New High Desert. these eight institution's had subject me to atrocity & crimes such as (assaults slam, murder, attempted murder, attacks, thefts, harassment, mistreatment, deception, interfering with justice, deprivation, limitation, stab, illegal entrapment and also to sign some unread papers, unjust punishment such as adding 115 reports with shu term of falsely misleading documents, illegally wrongful injected and compel by threat's to continue on drugs. and house with informer inmates who threaten and challenge and try to get information from me. And I'm still being harass by official's and assigned inmates to try to compel me out of my litigation and confession etc...

<u>Count 2</u>: The following civil right has been violated: EQUAL PROTECTION + JUSTICE

(E.g., <u>right to medical care</u>, access to courts,

due process, free speech, freedom of religion, <u>freedom of association</u>, <u>freedom from cruel and unusual punishment, etc.</u>)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.] WEST VALLEY DEPUTY'S HAS TRIED TO PUTT DRUG INTO MY FOOD. THAT'S WHY JUDGES WALTER L. BLACKWELL, LOUIS R. HANOYER AND DOUGLAS A. FETTLE CONTINUE THIS ILLEGAL CONSPIRACY. AND ALLOW THE DISTRICT ATTORNEY OFFICE TEAMS MS. DAWN McCANN AND THESE[3] OTHER D.A.'S TO FALSIFY PEOPLE(S) AS EYEWITNESSES. AND FALSE MISLEADING TESTIMONY FROM FONTANA POLICE DEPARTMENT. AND WTH ASSISTANCE BY ASSIGNED INFORMED ATTORNEY'S TO ENTRAP ME INTO A FALSE MISLEADING CRIME SCENE THAT DOESN'T EXIST. PARTICULAR SAMUEL BARTOLOMUCCHEA, PD1/PD2 NADO, J. NAUDO, AND MORGAN MABON. THEY WASN'T THERE TO DEFEND ME ETC... AND THEY'D KNEW I WOULD BE GOING THROUGH SOMETHING PHYSICALLY. SO THEY'LL DECIDED TO TAKE ADVANTAGE OF THE OPPORTUNITY TO DECEIVE ME INTO AN ILLEGAL ENTRAPMENT CONFESSION OF FALSE MISLEADING AWARENESS ETC...

[3] I'D ARRIVE AT CALIPATRIA IN MARCH 23, 2000 WTH 71 POINTS. I BRYON DAVIS SR. (DO'L'O) P62597 WAS SUBJECT TO THE SAME ABOVE ATROCITY CRIMES FROM THE OFFICIAL'S AND INMATES. ONCE I'D NOTICED WHAT WAS GOING ON WTH ME, I'D STARTED WRITING EVERYTHING DOWN, AND FILING 602'S AND WRITING COMPLAINT'S. THEN THE OFFICIAL'S STARTED WRITING ME UP TO COVER UP WHAT I'M SAYING. AND TO CAUSE MY POINTS TO RAISE. AND THEY STARTED CONCEALING AND DESTROYING MY 602'S + COMPLAINT'S TO IMPERIAL COURT AND STARTED LOCKING US DOWN, SO THEY'LL CAN DO WHAT THEY WAS DOING. LETS SAY I'D TASTED FAMILIAR DRUG IN MY FOOD. AND LETS SAY THIS" HENE TEETH TURNED DEADMAN BROWN. AND I WAS SMELLING LIKE DEATH AND HENE LEFT

↓

<u>Count 3</u>: The following civil right has been violated: EQUAL PROTECTION + JUSTICE SIDE OF OHEN HERE STOP GOING.    (E.g., <u>right to medical care</u>, access to courts,

due process, free speech, freedom of religion, <u>freedom of association</u>, <u>freedom from cruel and unusual punishment, etc.)</u>

<u>Supporting Facts:</u>  (Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.) Which has shorter then, the right side was. and mine mind went blank for about a few second on different occassion. and mine body formed like a roman. now at N.V.D.C. the top of mine head hair stop growing and mine teeth turned brown. that's one of the reason why they'll didn't want me to proceed toward tral. but wanted me to take a deal, and not go to tral and prison. but didn't want to tell me why not. now back at calpatara on Dec. 26, 2001 i'd sent out my 602 for the third level review to sacramento. on March 13, 2003 i was transfered. and due to the facts that prisons official's, guards, inmates, and my condition interfered with my timing. that'd cause the time laps. so in Feb. 2007 i'd filed a civel rights act 1983 42 U.S.C §§ complaint with some 602's. the 602's was sent back to me with a paper asking me a question "do I want to file a writ instead ) with a federal writ of Habeas corpus. i'd answer the question "NO!.. and sent it back to the U.S. District court of the Southern District of San Diego, California. round about May or June of 2007 is when the judges Roger T. Benitez and Louisa S. Porter'd ask me to do a First Amended complaint. so i'd did, and'd sent them a 48 pages hand written writ of mine transcript pointing out the conspiracy of falsely testimonies of people(s) not eye witnesses for calpatera motive, photo copies of both of us with stab wound (Carlee & me), 602's, medecal documents, 128 "G" documents of committee along action that support this contive, grievances, lassen court documents, U.S. Department of Justice Documents

two [2] Additional Sheets

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

COUNT 3                                                                    1 of 2

SUPPORTING FACTS:

And a hand written documents of this Court. D.A., Deputies, Attorney's, Corr. Official's, and Inmate's of their wrong doing against Bryan Davis Sr. 80'L'D) P62597 # And I'd sent them a big yellow legal folder stamp with about ten (10) stamps on it, a letter asking them to make copies and send me back my documents, because High Desert State Prison Official's is depriving me use of the law library so I can't make copies. So on Aug. 20, 2007 the Judge's Monreal and Desmessed my case, and sent me back my envelope empty without a chance to file a second amended complaint. And with no explanation. So in Nov. 2007 I'd wrote the Commission on Judicial Performance with an explanation, and the dismissal order of the Judges. but on Dec. 11, 2007 I'd received those documents back, with correction in the direction of the 9th Circuit Court. On Dec. 19, 2007 I'd sent those same documents to the Clerk, U.S. Court of Appeals for the 9th Circuit. On Jan. 30, 2008 I'd sent out a concerning letter to the 9th Circuit Court. On Feb. 22, 2008 Deputy Clerk Jeff Crocker and acting Clerk Molly O. Dwyer sent me an apologize letter with words of "File a Notice of Appeal." On Mar. 11, 2008 I'd filed a Notice of Appeal. but no respond. On Apr. 3, 2008 I'd mail out a concerning letter to the 9th Circuit Court. Still no respond. One day I was reading the Jailhouse Handbook when I'd noticed membership organization of Progressive Lawyer's co-publishers of this Handbook. National Lawyers Guild
National Office
132 Nassau Street, RM 922
New York, NY 10038
And on page four (4) I'd read "Referral Directory) which list Lawyer's. So on Mar. 23, 2008 I'd wrote these people, and requested for the referral directory lists, and I'd also enlighten them on my situation a little, and sent them my same documents I'd sent to the Commission and then the 9th Circuit with four (4) electronic filing to assure them I have never quit pending, and

Count 3

Supporting facts:

Asking them if they knew someone right off who would be interested pass on. but send me back mine documents. On Apr. 10, 11, 2008 I'd receive a greeting letter and a P.L.N., and not what I'd requested for. On May 20, 2008 I'd wrote the inspector general Matthew Cate and enlight'en him on High Desert contraining against Bryan Daves Sr. 80'L'D) P62597* and sent him some documents supporting mine 602 I'd ask him to send to High Desert appeals coordenator, because appeals coordenator Cici D. Jackson she's concealing my 602's. and I'd sent him the two 2) letters from New York. On June 17, 2008 I'd receive a letter from the inspector general Dared R. Shaw denying my request, and concealing mine documents I'd ask G'I / I'G Matthew Cate to return back to me. and the documents to start my litereation at H.D.S.P. appeals coordenator etc... I'd wrote i'g shaw. but no respond yet 6-22-08

Bryan Daves Sr. 80'L'D
P62597*
H.D.S.P. Aug. 3, 2008
under penalty of perjury

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit: DOUAN OONEIS SR. BO'L'O
Plaintiffs: _____

Defendants: feoikae R.k. nong M.Tonnsoind, O.Vandeavelle, A.Peddecced Helling

(b) Name of the court and docket number: Unetold states cooets offece of the cleok
U.S. Destlect court eastoian destlect of calof 501 I Ste Suete 4-200 SOC, CA 95814 2322

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending? ] _____
_____ STELL OENDENG _____

(d) Issues raised: CONSOROOCY CROMONOL OCTEVETOOS
_____
_____
_____

(e) Approximate date case was filed: about Jusy 2007

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

court of APPeals judges
Ignoreng my notece of
APPeal

§ (983 SD) Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

4. PREVIOUS LAWSUITS:

PLAINTIFF BRYAN DAVIS SR.
DEFENDANT'S CALEPATRO OFFICER'S /PA'S SOLVED BARDEZ,     DISMISSED
KECKER, CAMBEROS, ARRUAZ CASE: 3:07-CV-00140-BEN-     DUE TO
POR. OFFICE OF THE CLERK. UNITED STATES DISTRICT COURT     CONTRAVENING
SOUTHERN DISTRICT OF CALEFORNIA 880 FRONT STREET SUITE-
TO 4290 SAN DIEGO, CALIFORNIA 92101-8900

PLAINTIFF BRYAN DAVIS SR.
DEFENDANT'S CORCORAN OFFICIAL'S TALISMAN, JUAREZ,     STILL PENDING
ATANIZ, SHAROKHANIAN, KOKARE, L. FORD, SANEU CASE:
1:07-CV-00281-LJO-DLB
                              AND

PLAINTIFF BRYAN DAVIS SR.
DEFENDANT'S CORCORAN OFFICIAL'S JORDEN, MARTINEZ,     STILL PENDING
SANDOVAL, HERNANDEZ, GERMANU, CARDANOIS, TALSMAN
CASE: 1:07-CV-00302-LJO-DLB. UNITED STATES COURTS
OFFICE OF THE CLERK. UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA FRESNO, CALIF 93721-1318

PLAINTIFF BRYAN DAVIS SR.
DEFENDANT'S NEW FOLSOM OFFICIAL'S KNOWLES, BANKS,     STILL PENDING
SHEPPARD, DAWSON, DUNLAP CASE: 2:07-CV-00416-LKK-DAD
                              AND

PLAINTIFF BRYAN DAVIS SR.
DEFENDANT'S HIGH DESERT OFFICIAL'S T.FELKER, R.K. RONA,     STILL PENDING
M.TOWNSEND, D.VANDERVILLE, D.PEDDECORD, M.NORGAARD, HALL-
NES, M. WRIGHT CASE: 2:07-CV-01530-FCD-EFB. UNITED STATES
COURTS OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA 501 "I" STREET, SUITE 4-200
SACRAMENTO, CALIFORNIA 95814-2322

Bryan Davis Sr. 80'L'D
                    P62597#
              H.D.S.P AUG. 3, 2008
          UNDER PENALTY OF PERJURY

6

## E.  Request for Relief

Plaintiff requests that this Court grant the following relief:

    1.  An injunction preventing defendant(s):

       STOP CONTREVENG AGAINSt
       BRYAN DAVES SR 80'2'0

    2.  Damages in the sum of $ 567,700,000

    3.  Punitive damages in the sum of $ 2,000,000,000  over all CONSPERacy

    4.  Other: that Judge see fet etc...

## F.  Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court.  (Choose one.)

## G.  Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge.  The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date.  If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

Aug. 3, 2008
_____
Date

Bryan Daves Sr.
_____
Signature of Plaintiff

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
Case 3:08-cv-01456-H-LSP   Document 1   Filed 08/07/2008   Page 11 of 25
Original - Central File
Canary - OIS
Green - Inmate

**CDC 840 (Rev. 12/02)**

# CDC RECLASSIFICATION SCORE SHEET

| 4. DATE OF LAST SCORE SHEET | 5. FORM IDENTIFICATION (ENTER X In a, b or c) |
|---|---|

| MO | DAY | YR | | a) NEW | b) CORRECTION | | DATE CORRECTED | | c) DELETE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 21 | 08 | 18 | X | 24 | 25 | MO - DAY - YR | 26 | 32 |

| B. ANNUAL/ 6 MONTH REVIEW PERIOD DATES | E. CORRECTION TO CDC 840 SCORE SHEET (Prior to Rev. 07/02) |
|---|---|

**1. REVIEW PERIOD BEGINNING DATE** MO __ DAY __ YR __ 33   **3. (Enter X) Annual** 39

**2. REVIEW PERIOD ENDING DATE** MO __ DAY __ YR __ 40   **4. Number of Full Review Periods**

**E. CORRECTION TO CDC 840 SCORE SHEET (Prior to Rev. 07/02)**

1. Use this section to correct a CDC 840 score sheet with a form revision date prior to 07/02.   **TOTAL CORRECTION =** (+ OR -) 70

## C. FAVORABLE BEHAVIOR SINCE LAST REVIEW

| | | |
|---|---|---|
| 1. Continuous Minimum Custody | ____ x 4 = | 46 |
| 2. No Serious Disciplinary | ____ x 2 = | 48 |
| 3. Average or Above Performance in Work, School or Vocational Program | ____ x 2 = | 50 |
| 4. TOTAL FAVORABLE POINTS = | - | 0 |

## F. COMPUTATION OF SCORE

1. **PRIOR PRELIMINARY SCORE** (Preliminary Score from 839/New Preliminary Score from 840 or 841) = | 2 | 1 | 7 | 73

POINTS

2. Net Change in Score (D. 8 minus C. 4) = (+ or -) 78

8 pts a yr. with job or school I was in school

3. **PRELIMINARY SCORE SUBTOTAL** (Not less than 0) I had 71 Pts = | 2 | 1 | 7 |

4. Change in Term Points (T/P) (x 2) - Old T/P ____ + New T/P ____ New = (+ or -) 79

5. **NEW PRELIMINARY SCORE** (Not less than 0) = | 2 | 1 | 7 | 82

## D. UNFAVORABLE BEHAVIOR SINCE LAST REVIEW

**SERIOUS DISCIPLINARIES**   **Number of**

| | | |
|---|---|---|
| 1. Div. A-1/A-2  Dates: | ____ x 8 = | 52 |
| Div. B, C & D  Dates: | ____ x 6 = | 54 |
| Div. E & F  Dates: | ____ x 4 = | 56 |
| 2. Battery or Attempted Battery on a Non-Prisoner  Dates: | ____ x 8 = | 58 |
| 3. Battery or Attempted Battery on an Inmate  Dates: | ____ x 4 = | 60 |
| 4. Distribution of Drugs  Dates: | ____ x 4 = | 62 |
| 5. Possession of a Deadly Weapon  Dates: | ____ x 16 = | 64 |
| 6. Inciting a Disturbance  Dates: | ____ x 4 = | 66 |
| 7. Battery Causing Serious Injury  Dates: | ____ x 16 = | 68 |
| 8. TOTAL UNFAVORABLE POINTS = + | 0 | |

## G. PLACEMENT

**MANDATORY MINIMUM SCORE FACTOR CODES AND SCORES**

| CODE | SCORE | CODE | SCORE |
|---|---|---|---|
| [A] Condemned | 52 | [E] Warrants "R" Suffix | 19 |
| [B] Life Without Possibility of Parole | 52 | [F] Violence Exclusion | 19 |
| [C] CCR 3375.2(a)(7) Life Inmate | 28 | [G] Public Interest Case | 19 |
| [D] History of Escape | 19 | [H] Other Life Sentence | 19 |

1. **SCORE FACTOR CODE** (Assess Only Highest Factor) 85

2. **MANDATORY MINIMUM SCORE** | 1 | 4 | 86

3. **PLACEMENT SCORE** ENTER NEW PRELIMINARY SCORE OR MANDATORY MINIMUM SCORE WHICHEVER IS GREATER | 2 | 1 | 7 | 88

## H. SPECIAL CASE FACTORS

1. **HOLDS, WANTS AND DETAINERS** (Enter A, P or *)  Felony 91   USINS 92

2. **RESTRICTED CUSTODY SUFFIX** (Enter R or *) 93

3. **ELIGIBLE FOR RESTITUTION CENTER** (Enter Y or N) N 94

4. **LEVEL IV DESIGN** a) 180 Status (Y/N) Y   b) Reason Code A1

5. **US ARMED FORCES** (Enter Y or N) 95

6. **CURRENT INSTITUTION AND FACILITY** H D S P - I U 96

7. **COUNTY OF LAST LEGAL RESIDENCE** S B D 103

8. **CASEWORKER'S NAME** N O R G A A R D M 106

## I. CLASSIFICATION STAFF REPRESENTATIVE

1. **LAST NAME** S I M S 115

2. **DATE OF ACTION** 6 - 10 - 08 123   MO DAY YR

3. **LEVEL IV DESIGN** a) 180 Status (Enter Y or *) Y 129   b) Reason Code A1 130

4. **MINIMUM CUSTODY** a) Eligibility (Enter E, L or P) P 132   b) Reason Code V I O 133

5. **CCRC ELIGIBILITY** (Enter REN, REX or *) 136

6. **DEVELOPMENTAL DISABILITY PROGRAM (DDP) CODE** 139

7. **DISABILITY PLACEMENT PROGRAM (DPP) CODE(S)** a) (*) Primary (affects placement) 142   b) (*) 146   c) (*) 150   d) (*) 154

8. **ADMINISTRATIVE DETERMINANT CODE(S)** a) (*) 158 LIF   b) (*) 162   c) (*) 166   d) (*) 170   e) (*) 174

9. **MENTAL HEALTH LEVEL OF CARE** (Enter C or E) CCCMS- EOP 178

10. **INSTITUTION APPROVED** S V S P - I V 179

11. **REASON FOR ADMINISTRATIVE OR IRREGULAR PLACEMENT** 186

## A. IDENTIFYING INFORMATION

1. **CDC NUMBER** P 6 2 5 9 7 1

2. **INMATE'S LAST NAME** D A V I S 7

3. **DATE COMPLETED** 5 - 22 - 08 12   MO DAY YR

OSP 05 91468

Office of the Clerk,
United States District Court        Case # 3:07-cv-00140-Ben-Poa
Southern District of California
880 Front Street, Suite 4290
San Diego, California 92101-8900

Bryan Davis sr.
        Plaintiff                   Notice of Writ of
    Vs.                             Mandamus
San Diego, California,
Judges: Roger T. Benitez,
Louisa S. Porter and
    Vs.
Warden: Selvia Garcia et al.,
        Defendant's

Date: Aug. 3, 2008

## Statement of facts

Court's I'm filing this Mandamus on the facts that the
Judges Roger T. Benitez and Louisa S. Porter refused
to continue mine civel suit case for the interest of
Justice sake. Instead they'd chosen to participate
into this ongoing conspiracy that's set out against
Bryan Davis sr. (Bo'L'D)sr.) P62597* for the District
Attorney office Ms. Bonya McCann illegal purposes.
So the 42 U.S.C. §§ 1983 civel rights complaint I'd filed
in Feb. 2007 against Calipatria state prison warden
Selvia Garcia and her official(s), medical staff(s)
and inmate's participation for subjecting me to
atrocity* crimes. So the above Judges ask me to do a
first amended complaint. and I'd did. and I'd sent them
supporting evidence documents. that's when they'd
conceal mine documents. and refused to send me copies
like I'd requested. and dismissed mine claim with
out asking me to do a second amended complaint,
and refuse to respond to my notice of appeal. And
which enable them for the same entitlement of a

can sue, and not immunity for (interfering with justice, concealing evidence documents, conspiring, retaliation, bias, prejudice, deliberate indifference, negligent/ce, and violation/ing of law, which is obstruction of justice knowingly and willingly. So not only am I'm asking the court to compel the judges to reopen my case, but also, due to their participation into this ongoing conspiracy, that they be held full responsible for their action, because there isn't no justification for their intention, because they are judges with over 20 yrs. of law. And that San Diego, California District Court with the two[2] judges be held leiable for my civil suit of this original activities against Bryan Davis sr. (BO'L'D) P62597*. And for the three[3] years I'd been subject and the information of conspire they'd pass on. I'm asking for $567,000,000. the judges Benitez and Porter are covering up the wrong doing of California state prison official's and concealing evidence & need. March 23, 2000, 2001, 2002, and March 23, 2003. the official's was trying to get me to snitch parole they didn't want me to read. And inmate's would try to record our conversation on the topic of criminal activities of me if any. At High Desert state prison on Feb. 20 or 21, 2007 at committee the official's and the D.A. had set up an entrapment, knowing that I'm physically going through something. So they're trying to take advantage of me. And this is what judges Benitez and Porter is trying to cover up to protect this conspiracy. So the over all of this conspire I'm asking for $2,000,000,000 for the ten[10] years subjection of illegal corruption activities etc:

Points corruption due to this conspire

| | | |
|---|---|---|
| 2000 = 8 points | 2004 = 8 | |
| 2001 = 8 | 2005 = 8 | |
| 2002 = 8 | 2006 = 8 | 2008 = 8 |
| 2003 = 8 | 2007 = 8 | |

Mar. 23, 2000 to Mar. 23, 2008 = 1 plus Pts.
I'd arrive at corruption with 71 Pts.
In Mar. 23, 2000

```
   72        40
   71-       32+
  + 1 Pts.   72 Pts.
```

Bryan Davis sr. BO'L'D
P62597*

H.D.S.P

Under Penalty of Perjury

Wong Wing v. U.S., 163 U.S. 228 (1896)
Plyler v. Doe, 457 U.S. 202 (1982)

Office of the Inspector General
P.O. Box 348780
Sacramento, Calif 95834

Case: 2:07-CV-01530-FCD-EFB
B574099 as: Claim

Mathew Cate

Bryan Davis Sr.
          Plaintiff

              vs.

High Desert State Prison
Official's    Defendant's

Notice of requesting
an investigation

May 20, 2008

Inspector General I'm currently in High Desert Ad-Seg for threatening an inmates who wasn't in the cell at the time I'd told Psuch'tect Bonee and L.C.S.W. Spohler I was feeling homicidal on Dec. 5, 2007. I was given a 4 month shu term. And now I'm waiting to be transfer to Kern Valley State Prison or Salenas Valley State Prison. but I'd believe they just told me that, just to hold me in Ad-Seg. I'd think they haven't sent my file to C.S.R for transfer. I'd went to committee on Feb. 21, 2008. And my mers was up Mar. 5, 2008. So I need you to investigate High Desert content against Bryan Davis Sr. B0'L'D) P62597*. And those that's part of the cover up. So I'm giving you names of the people(s). I need information, even silent information too. As long as you have contact these people(s) and they refuse to answer, that's cool too. These people(s) revolve around mine lawsuit, so I'd need that corporation too... And that's the birth from my original case. And I'd need the United States Department of Justice address in Washington D.C.. Judges: Lawrence K. O'Neill and Dennis L. Beck, Case* 1:07-CV-00281-LJO-DLB. Talesman and case* 1:07-CV-00302-LJO-DLB. Jorden case manager. Judge: Edmund F. Brennan, Case* 2:07-CV-01530-FCD-EFB. And this case Davis v. Knowles 2:07-CV-00416-LKK-DAD. A warden at New Folsom where I'd got stab. And he's the blame with the rest of

hes committee. Now these judges joined into this conspiracy, because of what they'd be told. but suppose to them all that's in secretive against Bryan Daves sr. b0'l0) P62597*. Now these judges got sleck and conceal all mine evidence documents and dismissed my case on Aug. 20, 2007. Roger T. Benetez + Louisa S. Porter case* 3:07-cv-00140-Ben-Por. Daves v. Garcia a warden at Calipatria Prison. Now check the game of deception Inspector General. On Dec. 19, 2007 I'd mail out a letter to the court of appeals with an explanation concerning this lansuit, and the behavior of the judges. On Jan. 14, 2008 I'd recieve a letter from Fresno court judge Lawrence J. O'neill recommendation to dismiss my case). On Jan. 26, 2008 property officer B. Kalbach at this time refuse to being me the legal folders I'd requested, and after I'd collected them. On Jan. 28, 2008 I'd mail out my objection and the copies 602 against C.O. B. Kalbach with an explanation. On Jan. 30, 2008 I'd mail out a concerning letter to the court of appeals. On Feb. 22, 2008 I'd recieve an approprize letter from the court of appeals deputy clerk Jeff Crocker, and enlight'en me on that I need to file a notice of appeal. On Mar. 4, 2008 I'd recieve an order dismissing action on Feb. 28, 2008 from judge O'neill. On Mar. 11, 2008 I'd mail out two [2] notice of appeal Daves v. Garcia, and Daves v. Dr. Talesman. On Apr. 2, 2008 I'd recieve one [1] approval from the court of appeal, that's Daves v. Talesman. On Apr. 3, 2008 I'd mail out a concerning letter to the court of appeal. Still no respond. this game have been of foul play, for 17 months balls have been thrown. and they all have been strike out for what they had conspire about against Bryan Daves sr. b0'l0) P62597*. this is not a their [3] strike game of law. but a conspiracy game of law of illegal behavior by the government official's game over. So I would like for you to do Inspect General is to turn this 602 in with the Inspector General seal stamp on it. and I have 11 supporting documents to go with the 602. also

3 of 3

that the IG stamp on them. And I'm sending you two 2)
letter from New York I would like the IG stamp on
them too... And I would like for you to send me a
copies of mine 602 and two 2) copies of this letter
with the Inspector General stamp on it. I also would
like for the official's that's on my 602 investigated
too. I'm sending a stamp envelope and a stamp inside
to pay for the copies, and for the return envelope if
needed etc...

Bryan Davis Sr. 601'0
                    P62597*
    U.O.S.P  Aug. 3, 2008
Under Penalty of Perjury



State of California
## Commission on Judicial Performance
455 Golden Gate Avenue, Suite 14400
San Francisco, CA 94102-3660
(415) 557-1200
FAX (415) 557-1266
Web Site: http://cjp.ca.gov

December 7, 2007

Bryan Davis, P-62597
High Desert State Prison
P.O. Box 3030 (D2-220)
Susanville, CA 96127

Dear Mr. Davis:  3:07-CV-140 Case* Bc--POa

    We have read your communication.  It does not pertain to the work of the Commission on Judicial Performance.  Our primary function is to evaluate and act upon complaints against California state court judges for misconduct.

    Your complaint concerns a federal judge.  This commission has no jurisdiction over federal judges.  You may wish to write to the United States Circuit Court of Appeals, which is authorized to receive complaints about federal judges.  The address is:

    Clerk of the Court
    United States Ninth Circuit Court of Appeals
    P.O. Box 193939
    San Francisco, CA  94119-3939

    Please find enclosed your correspondence.

        Very truly yours,

        Amy Ladine
        Secretary to Staff Counsel

AL:hs

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. Box 193939
95 Seventh Street
San Francisco, CA. 94119-3939

February 19, 2008

Bryan Davis, Sr.  P-62597
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dear Mr. Davis:

This will respond to your correspondence to this court. We apologize for any delay in responding to your letter. Our court receives numerous letters requesting information and we do not have the staff to respond immediately to all requests. We are a court of limited jurisdiction which means that it can only act on cases which have been first filed, and finally decided in a U.S. District Court within this Circuit. *See* Title 28 of the United States Code Section 1291, 1292. This court and its employees are prohibited by statute from giving legal advice.

In order to request relief in this court, you must file a *notice of appeal* from an appealable judgment or order of the U.S. District Court. Depending upon your type of case, you are referred to Title 28 of the United States Code, Sections 2241 - 2255; Title 42 of the United States Code, Section 1983; and Title 28 of the United States Code Sections 1330 - 1335 and 1343. If you are filing a writ of habeas corpus, it must be filed with the appropriate U.S. District Court. *See* Fed. R. App. P. 22 (a).

In addition, it is important to note that all administrative and state court remedies must be exhausted before petitioning the federal court system, in the event the matter relates to your confinement in a state correctional institution.

Your materials are being returned.

Sincerely,

MOLLY C. DWYER
Acting Clerk of the Court

Jeff Crocker
Deputy Clerk

Greetings,

We recently received your request for legal assistance. We apologize for this form letter, but the Prison Law Mailing Program is run on a volunteer basis and has very few resources.

If you have written to us requesting legal representation, we would like to clarify that we are an administrative office. We are not attorneys and cannot provide representation. Please do not send us your legal documents, or copies of them. We will not be able to return them to you.

The Jailhouse Lawyer Handbook helps you file civil suits for violations of your rights by the government (not other prisoners) while in prison. It will not help with a criminal case or the reason you are in prison. Due to our extremely limited resources, we can only ship a limited number of Jailhouse Lawyer Handbooks a month. Whether or not you receive a Handbook is not based on the substance of your letter.

If you are receiving this letter without a Handbook, we sincerely apologize for the inconvenience. We have enclosed a brochure for a sister organization, Prison Legal News, the best prisoners' legal newsletter in the country. If you are receiving this letter with a Handbook, **please share and copy the Handbook** for others in your prison who may not have access.

Handbooks are also available at the Center for Constitutional Rights. Their address is: **Center for Constitutional Rights, 666 Broadway, 7th Floor, New York, NY 10012.** If your family or friends have computer or library access, please tell them the Handbook is available on-line, where they can print it out and send it directly to you. The online address is: **http://jailhouselaw.org.**

At this time, there are no state-law versions of the Handbook. We are no longer sending separate kits, and the journal *Conspiracy* is no longer published. Because of our extremely limited resources, please be aware that it may take several weeks to receive requested information.

The NLG is the nation's oldest and largest progressive bar association, uniting lawyers, law students, legal workers and jailhouse lawyers. The NLG offers free membership to Jailhouse Lawyers, but if you would like to receive our annual publications, we ask for $7.50 per year to cover our shipping costs.

We hope the enclosed materials help you in your struggle for justice.

With respect,

**The Prison Law Project**
National Lawyers Guild, National Office
132 Nassau Street, RM 922
New York, NY 10038



National Lawyers Guild
National Office
132 Nassau Street, Rm. 922
New York, NY 10038

Bryan Davis Sr.
# P66597
PO Box 3030
Susanville, CA 96127
D8-125



UNITED STATES POSTAGE
$ 00.41°
MAILED FROM ZIP CODE 10038

RECEIVE
APR. 10, 2008

NATIONAL LAWYERS GUILD
National Office
132 Nassau Street, Rm. 922
New York, NY 10038

NEW YORK NY 100

04 APR 2008 PM 9 T

John Adams, 1765

"LET US DARE TO RE
THINK, SPEAK AND W

USA FIRST-CLASS FOREVER

96127*30980

Allan Parmelee #C 062547*
O.C. Box 7070
Susanville, CaLif
96127

Received
Apr. 11, 2008



June 12, 2008

Bryan Davis, P-62597
High Desert State Prison
P. O. Box 3030
Susanville, CA  96127-3030

Dear Mr. Davis:

The Office of the Inspector General has received your correspondence.

After reviewing your correspondence, we determined that the issues you raise could be more effectively addressed through a general approach rather than individually.  Given the volume and complexity of the complaints we receive, it is not possible for us to fully research and respond separately to each complaint.  Therefore, we attempt to focus our audit and investigative resources on issues where the greatest needs exist.  We believe that in this way we can provide the greatest benefit to you and others who have been affected.  If we conduct an audit or investigation of the issues you raise, you may be contacted later.

Furthermore, we are returning the self-addressed stamped envelope you included with your correspondence, as our office does not photocopy and return documents.  If you find it necessary to write to this office in the future, please do not send original documentation as we will not be able to return them.  As well, this office does not submit paperwork on behalf of outside individuals or entities and therefore, will not be submitting your CDC-602 inmate/parolee appeal form on your behalf.

The Office of the Inspector General considers this matter closed.  Thank you for bringing your concerns to our attention.


INTAKE AND REVIEW UNIT
Office of the Inspector General

VH:08-0017611-01

Enclosure

*Pro Se* Office
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 230
New York, New York 10007

J. MICHAEL McMAHON
CLERK OF COURT

## Instructions for Filing a Prisoner's Civil Rights Complaint

Attached are a complaint form and an application to waive the filing fee for a civil rights action under 42 U.S.C. § 1983. The instructions for completing them are as follows:

1. **Caption:** The caption is located in the top left corner on the first page of the complaint. You, as the person filing the complaint, are the Plaintiff. The people you allege have violated your rights and are responsible for your injuries should be named as the Defendants. You should state the first and last name of each defendant and badge number, if appropriate. If you do not know the name of a defendant, you should name him or her as "John Doe" or "Jane Doe" and include some descriptive information about that defendant. For example, "John Doe Correctional Officer who worked the 8am-4pm shift on C-Block at Sing Sing Correctional Facility on January 1, 2006."

2. **Jury Trial:** You are entitled to a trial by jury, but you may lose your right to a jury trial if you do not ask for it early enough. You should indicate on the first page of the complaint whether you want a jury trial by checking either "yes" or "no" in the top right corner of the first page of the complaint. You can also demand a jury trial within 10 days of service of the answer. If you fail to request, but later decide you want, a jury trial, you may request one by filing a formal motion and explaining why you did not ask for one earlier. The judge does not have to grant this motion.

3. **Contents:** The form should be completed in full. It can be typed or handwritten, and it must be legible. If you need more space to answer a question, use separate sheets of 8½ x 11-inch paper and attach them to your complaint. You must provide the facts of your case, but need not include legal arguments or references to cases. One complaint must contain an original signature (in ink or pencil) from each plaintiff. Photocopies of your signature cannot be accepted. The complaint need not be notarized.

4. **Copies:** You must send the *Pro Se* Office the original complaint plus two identical copies. You should keep another copy for your records. Copies may be handwritten or typewritten but all copies (including any attached exhibits) must be identical to the original.

5. **Fee:** The filing fee is $350.00, payable to the "Clerk of Court, USDC, SDNY," by certified check, bank check, money order, major credit card, or cash (if your complaint is submitted in person). Personal checks are <u>not</u> accepted.

i

6.  **Inability to pay the filing fee:**  If you are unable to afford the filing fee, you may apply to the Court to waive the fee by completing the enclosed Request to Proceed *In Forma Pauperis* and including it with your original complaint. The caption of this application must be identical to the caption on the complaint.  If you currently are confined in a jail, prison, or other correctional facility, you must also complete a Prisoner Authorization Form and attach it to the Request to Proceed *In Forma Pauperis*.  Even if the Court grants your application to waive the filing fee, your inmate account may be debited in accordance with the Prison Litigation Reform Act of 1995, codified at 28 U.S.C. § 1915(b).  If there is more than one plaintiff, each plaintiff must provide a separate Request to Proceed *In Forma Pauperis* and Prisoner Authorization Form.

7.  **Filing:**  When you have completed the forms, mail the original and two copies of the complaint, along with the full filing fee or the Request to Proceed *In Forma Pauperis* and Prisoner Authorization Form, to the *Pro Se* Office at the address above.

8.  **Serving the complaint:**  Do not serve the complaint on defendants until a docket number is assigned to your case and a summons is issued.  The    *Pro Se* Office will send you further instructions and necessary documents when service is required.

8.  **Language:**  All papers must be submitted in English.  All Court proceedings will be held in English.  If you have difficulty understanding or writing in English, you should ask a relative or friend to help you prepare your papers, and you should bring someone to act as your interpreter whenever you come to Court.

10.  **Questions:**  If you have any questions, please contact the  *Pro Se* Office, (212) 805-0175, during business hours, 8:30am - 5:00pm, Monday - Friday (except federal holidays).  Please note that the *Pro Se* Office cannot accept collect calls.


**\*\*\* These instructions need not be submitted with your complaint \*\*\***


*Rev. 07/2007*

JS44
(Rev. 07/89)

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILING FEE PAID
Yes    No
IFP MOTION FILED
Yes    No
COPIES SENT TO
Court    ProSe

**FILED**
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**I (a) PLAINTIFFS**

Bryan Davis, Sr.

**DEFENDANTS**

City of San Diego, et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** Lassen
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Bryan Davis, Sr.
PO Box 3030
Susanville, CA 96127
P-62597

**ATTORNEYS (IF KNOWN)**

'08 CV 1456 H CAB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)**     **FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $ _____   Check YES only if demanded in complaint:   JURY DEMAND: ☐ YES ☐NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____   Docket Number _____

DATE   8/7/2008   SIGNATURE OF ATTORNEY OF RECORD