# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 AUG 28 PM 3:20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☑ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE  Huff
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 8/28/2008
CASE NO.: 08cv1456 H (CAB)    DOCUMENT FILED BY: Plaintiff
CASE TITLE: Davis v. City of San Diego, et al
DOCUMENT ENTITLED: Letter of Notice

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | 83.9 | **OTHER: Case closed.** Plaintiff must comply with Court order dated 8/14/08 [Doc No. 3] to re-open case. |

Date forwarded: 8/28/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Huff
Dated: 8/28/08    By: KMB, PSLC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

United States District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, California 92101-8900

Case# 3:08-CV-1456-H-LSP

Bryan Davis Sr.
    Plaintiff
  Vs.
City of San Diego et al.,
    Defendant's

Letter of Notice

**REJECTED**

Judge: Marilyn L. Huff
Date: Aug. 24, 2008

Your Honor I'd receive your second order with the In Forma Pauperis in it, on Aug. 22, 2008. The first must have been a test, because the official's didn't call me for committee that day, Aug. 21, 2008, your order came that night without an IFP form. I'd figure since I didn't nag the official's about why I wasn't call for committee, they'll must assume I was out of mind awareness, like they do all the time when I don't respond like a dog to them, when they do something disrespectful and criminal to Bryan Davis Sr. (Bo'L'D) P62597*. I'd sent the IFP form to the Mail Room + Trust Office tonight Aug. 24, 2008. Why do Bryan Davis Sr. (Bo'L'D) P62597* the personal Plaintiff is held responsible for what the Prison Official's who is in control of my mail when it leaves my cell.. like I'm held responsible for what Judges: Benitez and Porter did concealing evidence, after they'd ask for them, then dismissed mine cases without a chance of a second amended complaint. Now I have a stake, because of there conspiring with California State Prison Official's, and the D.A.... Why are there Grievance 602, and 42 U.S.C. 1983 etc.. in the Institutions of all, etc... do I have that Rights, the Right to exercise those Rights that been violated, by a complaint form successfully with a honorable Judge your Honor... Judge: Huff, High Desert Official's is participant in this ongoing contrive against Bryan Davis Sr.. Your Honor Fontana District Attorney Ms. Dague McCann and High Desert Official's set up an entrapment Feb. 21 or 22, 2007 against me at committee. Am I safe here at High Desert No!. I was attack by two (2) inmate's on Oct. 4, 2007. And stab at New Folsom Mar. 8, 2004 after California did what they'll did. Words Pass on... I'm up for transfer to Salinas Valley it been 2 months now. all together 5. And I was wrongfully injected at Corcoran in Aug. 30, 2005 etc... My leg's still swollen (left) I haven't been outside in 9 months, and not used the shower because of Official's sexual harassment etc...
I'm in ad seg

Bryan Davis Sr. Bo'L'D
P62597*
H.D.S.P. Aug. 24, 2008
Under Penalty of Perjury