Bryon Davis Sr.
PLAINTIFF/PETITIONER/MOVANT'S NAME

P62597*
PRISON NUMBER

P.O. Box 3030 High Desert S.P.
PLACE OF CONFINEMENT

P.O. Box 3030 Susanville, CA 96127
ADDRESS


FILED
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Bryon Davis ,
Plaintiff/Petitioner/Movant

v.

City of San Diego et al. ,
Defendant/Respondent

Civil No. 08CV1456 H (CAB)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Bryon Davis Sr. ,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration High Desert States Prison
   Are you employed at the institution?        ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____NONE_____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _____NONE_____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____NONE_____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____NONE_____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____NONE_____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make: _____ Year: _____ Model: _____NONE_____
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed? _____NONE_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____ NONE _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____ NONE _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): NONE

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____ NONE _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. NONE

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

Aug. 24, 2008
DATE

Bryan Davis Sr. 80120
SIGNATURE OF APPLICANT

CIV-67 (Rev. 4/06)                    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Brian Davis__,
(NAME OF INMATE)

__P62597__,
(INMATE'S CDC NUMBER)

has the sum of $ __10.00__ on account to his/her credit at _____

__High Desert State Prison__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __3.75__,

and the *average monthly deposits* to the applicant's account was $ __3.75__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__8/27/08__
DATE

__[signature] Ginny Morales__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Ginny Morales__
OFFICER'S FULL NAME (PRINTED)

__Sr. Account Clerk__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 4/06)    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, Bryon Oates Sr. P62597* _____, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

Aug. 24, 2008 _____          _____ Bryon Oates Sr. P62597 _____
DATE                                                              SIGNATURE OF PRISONER

```
REPORT ID: TS3030 .701                                                    REPORT DATE: 08/27/08
                                                                          PAGE NO:          1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                               HIGH DESERT STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: FEB. 27, 2008 THRU AUG. 27, 2008

ACCOUNT NUMBER  : P62597                        BED/CELL NUMBER: FDB8T1000000125L
ACCOUNT NAME    : DAVIS, BRIAN                  ACCOUNT TYPE: I
PRIVILEGE GROUP : D

                              TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION        COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

02/27/2008   BEGINNING BALANCE                                                       0.00
04/15  D320  TRUST FUNDS T 4575 COR                       22.50                     22.50
04/18  W512  LEGAL POSTAGE 4705 04/17                                  1.48         21.02
07/29  W515  COPY CHARGE   0596 COPIES                                 1.80         19.22
07/29  W512  LEGAL POSTAGE 0603 07/29                                  1.34         17.88
08/05  W512  LEGAL POSTAGE 0664 08/05                                  1.68         16.20
08/18  W516  LEGAL COPY CH 0937 08/18                                  3.80         12.40

                             CURRENT HOLDS IN EFFECT

 DATE      HOLD
PLACED     CODE           DESCRIPTION                   COMMENT           HOLD AMOUNT

09/20/2007 H103  DAMAGES-REFUSED TO SIGN HOLD          1270SHEET                2.40

                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/06/99                       CASE NUMBER: FVA08352
COUNTY CODE:   SBD                             FINE AMOUNT: $   5,000.00

DATE   TRANS.   DESCRIPTION                          TRANS. AMT.      BALANCE

02/27/2008   BEGINNING BALANCE                                        4,942.00
03/27/08  SU03  SYS UPDATE - POS                        25.00-        4,917.00

 * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
 * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```



```
REPORT ID: TS3030 .701                                    REPORT DATE: 08/27/08
                                                          PAGE NO:         2
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         HIGH DESERT STATE PRISON
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: FEB. 27, 2008 THRU AUG. 27, 2008

ACCT: P62597      ACCT NAME: DAVIS, BRIAN                 ACCT TYPE: I

                          TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL       TOTAL       CURRENT    HOLDS     TRANSACTIONS
BALANCE        DEPOSITS    WITHDRAWALS BALANCE    BALANCE   TO BE POSTED
----------    ---------   ----------  ---------  --------  ------------
   0.00         22.50       10.10       12.40      2.40        0.00

                                         CURRENT
                                        AVAILABLE
                                         BALANCE
                                        ---------
                                          10.00
```



THIS WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8/27/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature], TRUST OFFICE

```
REPORT ID: TS3030  .701                         REPORT DATE: 08/27/08
                                                PAGE NO:     1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: FEB. 27, 2008 THRU AUG. 27, 2008

ACCOUNT NUMBER : P62597                    BED/CELL NUMBER:
ACCOUNT NAME   : DAVIS, BRIAN              ACCOUNT TYPE: T
PRIVILEGE GROUP:
                        TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION   COMMENT  CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE

02/27/2008   BEGINNING BALANCE                                          0.00

03/27*DD30 CASH DEPOSIT    360718457           22.50                   22.50
04/08*W610 TRANSFER OF T 3800/HSDP 195193558             22.50          0.00


                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/06/99                   CASE NUMBER: FVA08352
COUNTY CODE: SBD                           FINE AMOUNT: $  5,000.00

    DATE      TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE

02/27/2008   BEGINNING BALANCE                                 4,942.00

03/27/08     DR30     REST DED-CASH DEPOSIT        25.00-      4,917.00

  * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
  * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                        TRUST ACCOUNT SUMMARY
  BEGINNING    TOTAL       TOTAL       CURRENT   HOLDS     TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS BALANCE   BALANCE   TO BE POSTED
  ---------    --------    ----------- --------  -------   ------------
    0.00       22.50       22.50       0.00      0.00      0.00

                                       CURRENT
                                       AVAILABLE
                                       BALANCE
                                       ---------
                                         0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST: 8/27/08 HDSP
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST: 08/27/2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ Asst. Clk II
TRUST OFFICE