# MINUTES OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:     **Davis v. City of San Diego**                    Case Number:     **08cv1456-H (CAB)**

Hon. Cathy Ann Bencivengo          Ct. Deputy Lori Hernandez          Rptr. Tape:

Magistrate Judge Cathy Ann Bencivengo hereby recuses from the above-entitled matter and requests that another magistrate judge be assigned. Case Assigned to Magistrate Judge Leo S. Papas.

Date:     September 3, 2008

Initials: MA